# Exhibit A

Judge Dee Benson's Order Denying Namecheap's Motion to Dismiss

Randall B. Bateman (USB 6482)
Perry S. Clegg (USB 7831)
C. Todd Kinard (USB 12575)
Sarah W. Matthews (USB 13295)
BATEMAN IP LAW GROUP, P.C.
257 East 200 South, Suite 750
Salt Lake City, Utah 84111
Tel: (801) 533-0320/Fax: (801) 533-0323
Email: mail@batemanip.com, rbb@batemanip.com, psc@batemanip.com, ctk@batemanip.com, sm@batemanip.com

Attorneys for Plaintiff,
Global Marketing Strategies, LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| GLOBAL MARKETING STRATEGIES, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>NAMECHEAP, INC., a Delaware corporation, d/b/a WHOISGUARD; DAN GOLDSTEIN; and DOES 1 through 5,<br><br>Defendants. | **ORDER**<br><br><br><br><br>Case No. 1:11-cv-00065-DB<br><br>Judge Dee Benson |

## ORDER

THE COURT, having considered Defendant, Namecheap, Inc.'s, Motion to Dismiss and memorandum in support thereof, Plaintiff's memorandum in opposition to the motion, and Namecheap, Inc.'s reply memorandum:

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss is denied.

IT IS FURTHER ORDERED that Namecheap, Inc. shall have 14 days from the date of

this Order to file an Answer to Plaintiff's Amended Complaint.

IT IS SO ORDERED.

DATED: __DEC 8__, 2011.

_Dee Benson_

Judge Dee Benson
United States District Court