| | |
|---|---|
| James E. Magleby (7247)<br>  magleby@mgpclaw.com<br>Eric K. Schnibbe (8463)<br>  schnibbe@mgpclaw.com<br>Jennifer Fraser Parrish (11207)<br>  parrish@mgpclaw.com<br>**MAGLEBY & GREENWOOD, P.C.**<br>170 South Main Street, Suite 850<br>Salt Lake City, Utah 84101<br>Telephone: 801.359.9000<br>Facsimile: 801.359.9011 | Eugene Rome (*pro hac vice*)<br>  erome@romeandassociates.com<br>**ROME & ASSOCIATES, A.P.C.**<br>2029 Century Park East, Suite 1040<br>Los Angeles, California 90067<br>Telephone: 310.282.0690<br>Facsimile:  310.282.0691 |

Attorneys for Defendant Namecheap, Inc.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **EMERGENCY ESSENTIALS, INC.**, a Utah corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**NAMECHEAP, INC.**, a Delaware corporation d/b/a WHOISGUARD; **BLUEHOST, INC.**, a Utah corporation; **WILLIAM TINGLE**; and DOES 1 through 5,<br><br>    Defendants. | **STIPULATED MOTION TO DISMISS WITH PREJUDICE ALL CLAIMS AGAINST NAMECHEAP, INC.**<br><br><br><br><br><br>Case No. 2:11-CV-00411-CW<br><br>Judge Clark Waddoups |

Plaintiff Emergency Essentials, Inc. ("Emergency Essentials" or "Plaintiff") and Defendant Namecheap, Inc. ("Namecheap" or "Defendant"), by and through their respective counsel of record, hereby stipulate and jointly move the Court, pursuant to Federal Rule of Civil Procedure 41(a)(2), to enter an Order providing as follows:

1. All Emergency Essentials' claims against Namecheap shall be, and hereby are, dismissed with prejudice, each party to bear their own costs and attorney fees.

A proposed Order granting this Stipulated Motion is submitted herewith.

**Stipulated and Agreed:**

**BATEMAN IP LAW GROUP, P.C.**

_____   This \_\_\_ day of March, 2012.
Randall B. Bateman

Attorneys for Plaintiff Emergency Essentials, Inc.

**MAGLEBY & GREENWOOD, P.C.**

_____   This 20th day of March, 2012.
Eric K. Schnibbe

Attorneys for Defendant Namecheap, Inc.

1.    All Emergency Essentials' claims against Namecheap shall be, and hereby are, dismissed with prejudice, each party to bear their own costs and attorney fees.

A proposed Order granting this Stipulated Motion is submitted herewith.

**Stipulated and Agreed:**

BATEMAN IP LAW GROUP, P.C.

_____  This 20th day of March, 2012.
Randall B. Bateman

Attorneys for Plaintiff Emergency Essentials, Inc.

MAGLEBY & GREENWOOD, P.C.

_____  This ___ day of March, 2012.
Eric K. Schnibbe

Attorneys for Defendant Namecheap, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I am employed by the law firm of MAGLEBY & GREENWOOD, P.C., 170 South Main Street, Suite 850, Salt Lake City, Utah 84101, and that pursuant to Rule 5(b), Federal Rules of Civil Procedure, a true and correct copy of the foregoing **STIPULATED MOTION TO DISMISS WITH PREJUDICE ALL CLAIMS AGAINST NAMECHEAP, INC.** was delivered to the following this 20th day of March, 2012:

[ ]   Via U.S. Mail

[X]   Via CM/ECF System

[ ]   Via Electronic Mail (as indicated below)

    Randall B. Bateman
     rbb@batemanip.com
    Perry S. Clegg
     psc@batemanip.com
    C. Todd Kinard
     ctk@batemanip.com
    Sarah W. Matthews
     sm@batemanip.com
    BATEMAN IP LAW GROUP, P.C.
    8 East Broadway, Suite 550
    Salt Lake City, Utah  84110

*Attorneys for Plaintiff*

                        */s/ Jo Washenko*_____