Randall B. Bateman (USB 6482)
C. Todd Kinard (USB 12575)
Sarah W. Matthews (USB 13295)
BATEMAN IP LAW GROUP, P.C.
257 East 200 South, Suite 750
Salt Lake City, Utah 84110
Tel: (801) 533-0320/Fax: (801) 533-0323
Email: mail@batemanip.com, rbb@batemanip.com, ctk@batemanip.com, sm@batemanip.com

*Attorneys for Plaintiffs,* Emergency Essentials, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| EMERGENCY ESSENTIALS, INC., a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NAMECHEAP, INC., a Delaware corporation, d/b/a WHOISGUARD; BLUEHOST, INC., a Utah corporation; WILLIAM TINGLE; and DOES 1 through 5,<br><br>Defendants. | **[PROPOSED]** **ORDER DISMISSING WITHOUT PREJUDICE ALL CLAIMS AS TO DEFENDANT WILLIAM TINGLE**<br><br>Case No. 2:11-cv-00411-BCW<br><br>Judge Clark Waddoups |

("[PROPOSED]" shown with strikethrough)

Based upon Plaintiff's Motion to Dismiss Without Prejudice All Claims Against Defendant William Tingle, the Court hereby ORDERS as follows:

1. All Emergency Essentials' claims against William Tingle are hereby dismissed without prejudice.

DATED this __22nd__ day of March, 2013.

UNITED STATES DISTRICT COURT

_____
District Judge Clark Waddoups

1